Bankruptcy Case No. 15-11671-RGM
Adversary Proceeding Case No. 15-01113-RGM

2

## CERTIFICATE OF SERVICE

I, __ALEX MEHRABI__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

☐ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:


☒ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:
Alex Mehrabi served the package to office Mr David Long / within De Bonty
Alex Mehrabi serve to office of Trustee Mr Olsen Gold Mosspc

☒ **Residence Service:** By leaving the process with the following adult at:
Alex Mehrabi, by friend David to shared his own at residence

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:


☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

US BANKRUPTCY COURT
ALEXANDRIA DIVISION
CLERK
2015 AUG 27  P 1:45
FILED

Date 08/27/2015       Signature _Alex Mehrabi_
Print Name  ALEX MEHRABI

Business Address
105 Coffee Tree Cl Sterling VA
City Sterling   State VA   Zip 20164

ABDUL MAROOF GULISTANI
NOTARY PUBLIC 7578276
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 06-30-2017

8/27/15

058002    32307058060015